IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION



| | |
|---|---|
| JOSEPH P. FEAGAN, *et al.*, <br> *Plaintiffs,* <br><br> v. <br><br> JAUNT, INC., <br> *Defendant.* | CASE NO. 3:05-CV-00066 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

This matter is before the Court on Defendant's September 12, 2006. Motion for Summary Judgment. For the reasons set forth in the accompanying memorandum opinion, the motion is hereby GRANTED. Judgement shall be entered in favor of the Defendants.

It is so ORDERED.

The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record.

ENTERED: *[signature]*
U.S. District Judge

Sept. 27, 2006
Date